**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1313**

LAWRENCE WILDER,

Plaintiff - Appellant,

v.

HOWARD COUNTY POLICE DEPARTMENT; WILLIAM MCMAHON, Chief; JOHN SUPERMAN, Officer; UNKNOWN OFFICERS AND AGENTS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:09-cv-00298)

Submitted: August 20, 2009        Decided: August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Wilder filed a complaint against the Howard County Police Department and named and unnamed officers, alleging violations of his civil rights. The district court entered an order granting Wilder leave to proceed in forma pauperis, denying without prejudice his motion for appointment of counsel, and placing his case on inactive status pending resolution of cases Wilder has on the court's active docket. Wilder seeks to appeal, challenging the denial of appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because the claim Wilder seeks to raise on appeal is not immediately appealable, we dismiss the appeal for lack of jurisdiction. We deny Wilder's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED